**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re: STEWART JOHNSTON PUMPS, INC.　　§　　Case No. 9:10-bk-16488-DS
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jeremy W. Faith, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $387,400.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $56,992.74 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $53,307.94 | |

3) Total gross receipts of $110,300.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $110,300.68 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $53,307.94 | $53,307.94 | $53,307.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $2,792.70 | $2,792.70 | $2,792.70 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $263,305.72 | $204,837.86 | $186,537.96 | $54,200.04 |
| **TOTAL DISBURSEMENTS** | $267,805.72 | $260,938.50 | $242,638.60 | $110,300.68 |

4) This case was originally filed under chapter 7 on 12/22/2010.  The case was pending for 90 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    06/27/2018                    By: /s/ Jeremy W. Faith

                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable | 1121-000 | $1,350.92 |
| Check received from Accounts Receivable Location: In debtor's possession | 1121-000 | $3,091.87 |
| Federal Tax Refund Form 941 | 1224-000 | $41.52 |
| Petty cash | 1129-000 | $3,170.00 |
| Auction Proceeds | 1129-000 | $79,543.53 |
| 2007 Federal Tax Refund | 1224-000 | $1,938.59 |
| INTEREST (u) | 1270-000 | $6.33 |
| Community Bank of Santa Maria checking | 1129-000 | $160.55 |
| Rabobank checking account | 1129-000 | $20,997.37 |
| **TOTAL GROSS RECEIPTS** | | **$110,300.68** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Central City Leasing | 4210-000 | $4,500.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$4,500.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - DAVID Y. FARMER | 2100-000 | NA | $8,668.10 | $8,668.10 | $8,668.10 |
| Trustee, Fees - Jeremy W. Faith | 2100-000 | NA | $96.93 | $96.93 | $96.93 |
| Trustee, Expenses - David Y. Farmer | 2200-000 | NA | $699.52 | $699.52 | $699.52 |
| Attorney for Trustee Fees - Farmer & Ready | 3110-000 | NA | $6,930.00 | $6,930.00 | $6,930.00 |
| Auctioneer Fees - Double L. Services, Inc. | 3610-000 | NA | $10,454.35 | $10,454.35 | $10,454.35 |
| Bond Payments - International Sureties Ltd | 2300-000 | NA | $262.40 | $262.40 | $262.40 |
| Administrative Rent - William and Patricia Bogue and Jeanne and Stewart Johnston | 2410-000 | NA | $10,087.28 | $10,087.28 | $10,087.28 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,399.02 | $2,399.02 | $2,399.02 |
| Banking and Technology Service Fee - The Bank of New York Mellon | 2600-000 | NA | $3,274.36 | $3,274.36 | $3,274.36 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $5,176.00 | $5,176.00 | $5,176.00 |
| Other State or Local Taxes (post-petition) - State of California Franchise Tax Board | 2820-000 | NA | $21.09 | $21.09 | $21.09 |
| Attorney for Trustee Expenses (Other Firm)  - Farmer & Ready | 3220-000 | NA | $1,348.01 | $1,348.01 | $1,348.01 |
| Accountant for Trustee Fees (Other Firm) - M. Kathleen Klein | 3410-000 | NA | $1,395.50 | $1,395.50 | $1,395.50 |
| Accountant for Trustee Expenses (Other Firm) - M. Kathleen Klein | 3420-000 | NA | $95.38 | $95.38 | $95.38 |
| Field Representative/Adjuster for Trustee Fees - Regis F. Boyle, Sr. | 3991-400 | NA | $2,400.00 | $2,400.00 | $2,400.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$53,307.94** | **$53,307.94** | **$53,307.94** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | FRANCHISE TAX BOARD | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 18-2 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $2,792.70 | $2,792.70 | $2,792.70 |
| N/F | EDD | 5600-000 | NA | NA | NA | NA |
| N/F | Internal Revenue Service Insolvency | 5600-000 | NA | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$2,792.70** | **$2,792.70** | **$2,792.70** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Preferred Pump & Equipment L.P. | 7100-000 | $31,023.29 | $31,023.29 | $31,023.29 | $9,101.98 |
| 2 | Todd Pipe & Supply | 7100-000 | $1,143.62 | $1,160.65 | $1,160.65 | $340.53 |
| 3 | Bruce Barnum | 7100-000 | $0.00 | $4,000.00 | $4,000.00 | $1,173.57 |
| 4 | Premier Pump & Supply | 7100-000 | $5,937.75 | $6,177.65 | $6,177.65 | $1,812.47 |
| 5 | J-Line Pump Co | 7100-000 | $24,892.83 | $32,389.51 | $32,389.51 | $9,502.82 |
| 6 | FleetOne LLC | 7100-000 | $1,409.79 | $1,409.79 | $1,409.79 | $413.62 |
| 7 | Santa Maria Tool Inc | 7100-000 | $1,551.25 | $1,551.25 | $1,551.25 | $455.12 |
| 8 | American Marsh | 7100-000 | $0.00 | $18,299.90 | $0.00 | $0.00 |
| 9 | Perry's Electric Motors | 7100-000 | $19,993.59 | $19,993.59 | $19,993.59 | $5,865.96 |
| 10 | VERIZON WIRELESS | 7100-000 | $618.98 | $632.02 | $632.02 | $185.43 |
| 11 | Everest National Ins Company | 7100-000 | $838.59 | $1,606.66 | $1,606.66 | $471.38 |
| 12 | Ameripride Uniform Services | 7100-000 | $1,016.68 | $2,654.68 | $2,654.68 | $778.86 |
| 13 | Pacific Ag Water Inc | 7100-000 | $2,199.07 | $4,291.93 | $4,291.93 | $1,259.22 |
| 14 | WILLIAM & PATRICIE BOGUE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14-2 | WILLIAM & PATRICIE BOGUE | 7100-000 | $69,047.50 | $35,478.33 | $35,478.33 | $10,409.06 |
| 15 | Stewart & Jean Johnston | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15-2 | Stewart & Jean Johnston | 7100-000 | $88,452.50 | $40,421.61 | $40,421.61 | $11,469.53 |

| 15-2 | United States Bankruptcy Court - Stewart & Jean Johnston | 7100-001 | NA | NA | NA | $389.84 |
|------|------|------|------|------|------|------|
| 16 | Sandra Kuhn McCormack, Esq | 7100-000 | $1,457.81 | $1,945.00 | $1,945.00 | $570.65 |
| 17 | Praxair Distribution Inc | 7200-000 | $0.00 | $1,802.00 | $1,802.00 | $0.00 |
| N/F | Central City Leasing | 7100-000 | $2,494.62 | NA | NA | NA |
| N/F | City of santa maria | 7100-000 | $169.57 | NA | NA | NA |
| N/F | Commercial Trade Bureau | 7100-000 | NA | NA | NA | NA |
| N/F | Contractors State LicenseBoard | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Dept of Motor Vehicles | 7100-000 | $470.00 | NA | NA | NA |
| N/F | Kaman Industrial Technologies | 7100-000 | $737.28 | NA | NA | NA |
| N/F | Liggett Davis Pagnini&Melhouse | 7100-000 | NA | NA | NA | NA |
| N/F | OSH | 7100-000 | NA | NA | NA | NA |
| N/F | Orchard Supply | 7100-000 | $714.07 | NA | NA | NA |
| N/F | PG&E | 7100-000 | $234.00 | NA | NA | NA |
| N/F | Preferred Pump | 7100-000 | NA | NA | NA | NA |
| N/F | Santa Barbara Co Fire Dept | 7100-000 | $368.00 | NA | NA | NA |
| N/F | Staples | 7100-000 | $879.41 | NA | NA | NA |
| N/F | Staples | 7100-000 | NA | NA | NA | NA |
| N/F | TWIW Insurance Services LLC | 7100-000 | NA | NA | NA | NA |
| N/F | Twitchell & Rice LLP | 7100-000 | $3,301.45 | NA | NA | NA |
| N/F | Uniguard Ins Group | 7100-000 | $1,280.62 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Welenco Inc | 7100-000 | $775.00 | NA | NA | NA |
| N/F | Yellow Book Pacific | 7100-000 | $1,998.45 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$263,305.72** | **$204,837.86** | **$186,537.96** | **$54,200.04** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**   9:10-bk-16488-DS

**Case Name:**   STEWART JOHNSTON PUMPS, INC.

**Trustee Name:**   (001380) Jeremy W. Faith

**Date Filed (f) or Converted (c):**   12/22/2010 (f)

**§ 341(a) Meeting Date:**

**For Period Ending:**   06/27/2018

**Claims Bar Date:**   07/11/2011

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Check received from Accounts Receivable Location: In debtor's possession | 3,091.87 | 3,091.87 | | 3,091.87 | FA |
| 2 | Petty cash | 3,325.99 | 3,325.99 | | 3,170.00 | FA |
| 3 | Community Bank of Santa Maria checking | 276.36 | 276.36 | | 160.55 | FA |
| 4 | Rabobank checking account | 23,916.37 | 23,916.37 | | 20,997.37 | FA |
| 5 | Accounts receivable | 1,409.00 | 1,409.00 | | 1,350.92 | FA |
| 6 | Potential loss carryover | Unknown | 0.00 | | 0.00 | FA |
| 7 | Embezzlement claim against john D. Clines (potential restitution is $300,000 est)<br>State Court action - Farmer v. Glines, et al; S.B. Superior Ct., Cook Division, Case No. 1273740 | 300,000.00 | 300,000.00 | | 0.00 | FA |
| 8 | 1989 Chevrolet Flatbed<br>Proceeds - see asset #18 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9 | 1990 Chevrolet Flatbed with rig<br>Proceeds - see asset #18 | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 10 | 2004 Chevrolet Rig (fully loaded)<br>Proceeds - see asset #18 | 25,000.00 | 20,500.00 | | 0.00 | FA |
| 11 | 50% Interest in utility trailer with generator (value due to EPA regulations; other 50% owned by Stewart Johnston & William Bogue)<br>Proceeds - see asset #18 | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 12 | 50% interest in utility trailer with test engine (value due to EPA regulations; other 50% owned by Stewart Johnston & William Hogue)<br>Proceeds - see asset #18 | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 13 | Nominal office equipment, furnishings & fixtures<br>Proceeds - see asset #18 | 200.00 | 200.00 | | 0.00 | FA |
| 14 | Test pump equipment<br>Proceeds - see asset #18 | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 15 | Used forklift, tools, small equipment In yard<br>Proceeds - see asset #18 | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 16 | Scrap Iron<br>Proceeds - See asset #18 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 17 | Federal Tax Refund Form 941 (u) | 0.00 | 0.00 | | 41.52 | FA |

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Exhibit 8

Page: 2

**Case No.:**    9:10-bk-16488-DS    **Trustee Name:**    (001380) Jeremy W. Faith

**Case Name:**    STEWART JOHNSTON PUMPS, INC.    **Date Filed (f) or Converted (c):**    12/22/2010 (f)

**§ 341(a) Meeting Date:**

**For Period Ending:**    06/27/2018    **Claims Bar Date:**    07/11/2011

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18* | Auction Proceeds<br><br>Auctioneer does not have a breakdown of specific amounts from bidders for each of the assets sold at auction. Everything was sold in Lots and is impossible to determine precisely how much was received for personal property as Debtor listed on Schedule B. (See Footnote) | 0.00 | 85,036.82 | | 79,543.53 | FA |
| 19 | 1995 Chevrolet Flatbed<br><br>Asset scheduled but missing from D. Farmer Form 1 - identified as sold as part of Auction Proceeds per Asset #18 in Auctioneer Report | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 20 | Inventory<br><br>Asset scheduled but missing from D. Farmer Form 1 - identified as sold as part of Auction Proceeds per Asset #18 in Auctioneer Report | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 21 | 2007 Federal Tax Refund (u) | 0.00 | 1,938.59 | | 1,938.59 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 6.33 | FA |
| **22** | **Assets Totals (Excluding unknown values)** | **$419,419.59** | **$501,895.00** | | **$110,300.68** | **$0.00** |

RE PROP# 18    Auction held July 9, 2011.

**Major Activities Affecting Case Closing:**

Period ending 3/31/19:  Case closed in April 2018, unsure of why.  Reopened by court.  TDR submitted 6/4/18.

Period ending 3/31/18:  TFR approved, checks issued.  Waiting for checks to clear to submit TDR.  Some funds went unclaimed.

Period ending 3/31/17:  Case administered by Trustee David Farmer, closed after TDR 2/24/15.  2007 Federal Tax Refund received by Farmer post-closing.  Case reopened per OUST motion on 6/16/16.  J. Faith appointed as new trustee due to Trustee Farmer's retirement.  Refund is new asset/unscheduled.  Trustee Faith was required to prepare new Forms 1 and 2.  Draft TFR ready and being reviewed as of end of period.  Anticipate filing of TFR by 5/31/17.
No tax returns required.
Initial ETFR: 6/16/17

**Initial Projected Date Of Final Report (TFR):**    06/16/2017    **Current Projected Date Of Final Report (TFR):**    06/28/2017 (Actual)

_____    /s/Jeremy W. Faith
06/27/2018    _____
Date    Jeremy W. Faith

## Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 9:10-bk-16488-DS | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | STEWART JOHNSTON PUMPS, INC. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***4339 | Account #: | **********6965 Checking Account |
| For Period Ending: | 06/27/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/12/11 | | From Account #**********6966 | Transfer to money market from checking | 9999-000 | 20,997.37 | | 20,997.37 |
| 01/19/11 | | To Account #**********6966 | Transfer to checking from money market | 9999-000 | | 37.73 | 20,959.64 |
| 01/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 20,959.74 |
| 02/22/11 | | From Account #**********6966 | Transfer to money market from checking | 9999-000 | 4,484.31 | | 25,444.05 |
| 02/24/11 | | From Account #**********6966 | Transfer to money market from checking | 9999-000 | 3,170.00 | | 28,614.05 |
| 02/28/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 28,614.22 |
| 03/07/11 | | From Account #**********6966 | Transfer to money market from checking | 9999-000 | 160.55 | | 28,774.77 |
| 03/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 28,775.01 |
| 04/29/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 28,775.24 |
| 05/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 28,775.48 |
| 06/30/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 28,775.71 |
| 07/29/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 28,775.95 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.19 | 28,720.76 |
| 08/02/11 | | From Account #**********6966 | Transfer to money market from checking | 9999-000 | 85,036.82 | | 113,757.58 |
| 08/15/11 | | To Account #**********6966 | Transfer to checking from money market | 9999-000 | | 16,047.64 | 97,709.94 |
| 08/18/11 | | From Account #**********6966 | Transfer to money market from checking | 9999-000 | 100.00 | | 97,809.94 |
| 08/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.86 | | 97,810.80 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 218.31 | 97,592.49 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.97 | 97,594.46 |
| 09/30/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.79 | | 97,595.25 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 200.53 | 97,394.72 |
| 10/31/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.82 | | 97,395.54 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 193.46 | 97,202.08 |
| 11/30/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.79 | | 97,202.87 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 213.06 | 96,989.81 |
| 12/19/11 | | To Account #**********6966 | Transfer to checking from money | 9999-000 | | 82.53 | 96,907.28 |

| | | | Page Subtotals: | | $113,953.76 | $17,046.48 | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                              ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:10-bk-16488-DS | |
| **Case Name:** | STEWART JOHNSTON PUMPS, INC. | |
| **Taxpayer ID #:** | **-***4339 | |
| **For Period Ending:** | 06/27/2018 | |

| | |
|---|---|
| **Trustee Name:** | Jeremy W. Faith (001380) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********6965 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | market | | | | |
| 12/30/11 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.81 | | 96,908.09 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 199.23 | 96,708.86 |
| 01/31/12 | | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.81 | | 96,709.67 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 211.41 | 96,498.26 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 191.15 | 96,307.11 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 197.34 | 96,109.77 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 190.37 | 95,919.40 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 216.23 | 95,703.17 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 189.57 | 95,513.60 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 208.77 | 95,304.83 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 201.80 | 95,103.03 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 181.89 | 94,921.14 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 213.95 | 94,707.19 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 194.07 | 94,513.12 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO ********9088 20121213 | 9999-000 | | 94,513.12 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **COLUMN TOTALS** | | | **113,955.38** | **113,955.38** | **$0.00** |
| Less: Bank Transfers/CDs | | | 113,949.05 | 110,681.02 | |
| **Subtotal** | | | **6.33** | **3,274.36** | |
| Less: Payments to Debtors | | | | 0.00 | |
| **NET Receipts / Disbursements** | | | **$6.33** | **$3,274.36** | |

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:10-bk-16488-DS | |
| **Case Name:** | STEWART JOHNSTON PUMPS, INC. | |
| **Taxpayer ID #:** | **-***4339 | |
| **For Period Ending:** | 06/27/2018 | |

| | |
|---|---|
| **Trustee Name:** | Jeremy W. Faith (001380) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********6966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/06/11 | {4} | Stewart Jonston Pumps, Inc | Turnover of bank account | 1129-000 | 20,997.37 | | 20,997.37 |
| 01/12/11 | | To Account #**********6965 | Transfer to money market from checking | 9999-000 | | 20,997.37 | 0.00 |
| 01/19/11 | | From Account #**********6965 | Transfer to checking from money market | 9999-000 | 37.73 | | 37.73 |
| 01/19/11 | 101 | International Sureties Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/18/2011 FOR CASE #9:10-BK-16488, Bond #016030866, 1/4/11 to 1/1/12, Bond #016030866, 1/4/11 to 1/4/12 | 2300-000 | | 37.73 | 0.00 |
| 02/17/11 | {17} | United States Treasury | Tax Refund 12/28/2010 | 1224-000 | 41.52 | | 41.52 |
| 02/17/11 | {5} | Robert Jones General Engineering, Inc | Accounts receivable | 1121-000 | 1,350.92 | | 1,392.44 |
| 02/17/11 | {1} | Adam Bros. Farming Inc. | Accounts receivable | 1121-000 | 3,091.87 | | 4,484.31 |
| 02/22/11 | {2} | Sherri Dugger | Turnover of petty cash | 1129-000 | 3,170.00 | | 7,654.31 |
| 02/22/11 | | To Account #**********6965 | Transfer to money market from checking | 9999-000 | | 4,484.31 | 3,170.00 |
| 02/24/11 | | To Account #**********6965 | Transfer to money market from checking | 9999-000 | | 3,170.00 | 0.00 |
| 03/02/11 | {3} | Community Bank of Santa Maria | Turnover of Community Bank of Santa Maria bank account funds. | 1129-000 | 160.55 | | 160.55 |
| 03/07/11 | | To Account #**********6965 | Transfer to money market from checking | 9999-000 | | 160.55 | 0.00 |
| 07/29/11 | {18} | CJ Logan Pump and Electric | Auction proceeds | 1129-000 | 21,632.00 | | 21,632.00 |
| 07/29/11 | {18} | Double L Services, Inc. | Auction proceeds - cash and credit card purchases from auctioneer | 1129-000 | 15,767.08 | | 37,399.08 |
| 07/29/11 | {18} | Pacific AG Water Irrigation Specialist | Auction proceeds | 1129-000 | 2,235.00 | | 39,634.08 |
| 07/29/11 | {18} | Fisher Pump & Well Service, Inc. | Auction proceeds | 1129-000 | 1,730.00 | | 41,364.08 |
| 07/29/11 | {18} | Ron Taylor Drilling | Auction proceeds | 1129-000 | 50.00 | | 41,414.08 |
| 07/29/11 | {18} | Douglas Enloe | Auction proceeds | 1129-000 | 2,750.00 | | 44,164.08 |
| 07/29/11 | {18} | Bidder #23 | Auction proceeds | 1129-000 | 11,200.00 | | 55,364.08 |
| 07/29/11 | {18} | Steve M Soares | Auction proceeds | 1129-000 | 2,325.00 | | 57,689.08 |
| 07/29/11 | {18} | Innovative Produce, Inc | Auction proceeds | 1129-000 | 3,200.00 | | 60,889.08 |
| 07/29/11 | {18} | CJ Logan Pump and Electric | Auction proceeds | 1129-000 | 4,211.00 | | 65,100.08 |
| 07/29/11 | {18} | Pacific AG Water | Auction proceeds | 1129-000 | 3,000.00 | | 68,100.08 |
| 07/29/11 | {18} | Bedford Enterprises, Inc | Auction proceeds | 1129-000 | 11,474.01 | | 79,574.09 |
| 07/29/11 | {18} | Bedford Enterprises, Inc | Auction proceeds | 1129-000 | 5,462.73 | | 85,036.82 |
| 08/02/11 | | To Account #**********6965 | Transfer to money market from checking | 9999-000 | | 85,036.82 | 0.00 |

Page Subtotals: **$113,886.78    $113,886.78**

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

Exhibit 9
Page:  4

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 9:10-bk-16488-DS |
| **Case Name:** | STEWART JOHNSTON PUMPS, INC. |
| **Taxpayer ID #:** | **-***4339 |
| **For Period Ending:** | 06/27/2018 |

| | |
|---|---|
| **Trustee Name:** | Jeremy W. Faith (001380) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********6966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/15/11 | {18} | Double L Services, Inc | Auction proceeds - cash and credit card purchases from auctioneer - difference in Auctioneer's miscalculation/typo. | 1129-000 | 100.00 | | 100.00 |
| 08/15/11 | | From Account #*********6965 | Transfer to checking from money market | 9999-000 | 16,047.64 | | 16,147.64 |
| 08/15/11 | 102 | Pacific Ag Water, Inc. | Proceeds from 50% interest in sale of Lot 130 - Trailer mounted large diesel test pump | 1129-000 | -1,300.50 | | 14,847.14 |
| 08/15/11 | 103 | Double L. Services, Inc. | Commission and reimbursement for vehicle payoff | | | -14,747.14 | 100.00 |
| | {18} | Double L. Services, Inc. | Reimbursement for vehicle payoff -$4,292.79 | 1129-002 | | | 100.00 |
| | | Double L Services | Auctioneer's Commission -$10,454.35 | 3610-000 | | | 100.00 |
| 08/18/11 | | To Account #*********6965 | Transfer to money market from checking | 9999-000 | | 100.00 | 0.00 |
| 12/19/11 | | From Account #*********6965 | Transfer to checking from money market | 9999-000 | 82.53 | | 82.53 |
| 12/19/11 | 104 | International Sureties Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/19/2011 FOR CASE #9:10-BK-16488, Ch 7 Blanket Bond L.A., Region 16, Bond 016030866, 1/4/12-1/4/13 | 2300-000 | | 82.53 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 114,069.31 | 114,069.31 | $0.00 |
| Less: Bank Transfers/CDs | 16,167.90 | 113,949.05 | |
| **Subtotal** | 97,901.41 | 120.26 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$97,901.41** | **$120.26** | |

## Form 2

Exhibit 9
Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:10-bk-16488-DS | |
| **Case Name:** | STEWART JOHNSTON PUMPS, INC. | |
| **Taxpayer ID #:** | **-***4339 | |
| **For Period Ending:** | 06/27/2018 | |

| | |
|---|---|
| **Trustee Name:** | Jeremy W. Faith (001380) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 94,513.12 | | 94,513.12 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.53 | 94,386.59 |
| 01/02/13 | 11001 | International Sureties Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/02/2013 FOR CASE #9:10-BK-16488 | 2300-000 | | 83.16 | 94,303.43 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.25 | 94,154.18 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.39 | 94,027.79 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.73 | 93,897.06 |
| 04/05/13 | 11002 | Franchise Tax Board | Tax ID: 77-0044339; Form 100; Tax Period: 9/1/10 - 8/31/11 | 2820-000 | | 5,176.00 | 88,721.06 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.81 | 88,577.25 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.65 | 88,445.60 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.73 | 88,326.87 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.74 | 88,187.13 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.84 | 88,060.29 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.43 | 87,937.86 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.14 | 87,798.72 |
| 11/13/13 | 11003 | State of California Franchise Tax Board | Tax ID: 77-0044339; Notice #: ********1102; Tax Period 9/1/10-8/31/11 | 2820-000 | | 21.09 | 87,777.63 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.85 | 87,659.78 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.69 | 87,521.09 |
| 01/02/14 | 11004 | International Sureties Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/02/2014 FOR CASE #9:10-BK-16488, Bond # 016030866 | 2300-000 | | 43.71 | 87,477.38 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.03 | 87,347.35 |
| 02/07/14 | 11005 | International Sureties Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/08/2014 FOR CASE #9:10-BK-16488, Bond # 016030866 | 2300-000 | | 15.27 | 87,332.08 |

|  |  | Page Subtotals: | **$94,513.12** | **$7,181.04** |
|---|---|---|---|---|

## Form 2

Exhibit 9
Page: 6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:10-bk-16488-DS | |
| **Case Name:** | STEWART JOHNSTON PUMPS, INC. | |
| **Taxpayer ID #:** | **-***4339 | |
| **For Period Ending:** | 06/27/2018 | |

| | |
|---|---|
| **Trustee Name:** | Jeremy W. Faith (001380) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.25 | 87,214.83 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.26 | 87,093.57 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.63 | 86,959.94 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.07 | 86,834.87 |
| 11/05/14 | 11006 | DAVID Y. FARMER | Dividend paid 100.00% on $8,668.10, Trustee Compensation; Reference: TRUSTEE FEES | 2100-000 | | 8,668.10 | 78,166.77 |
| 11/05/14 | 11007 | David Y. Farmer | Dividend paid 100.00% on $699.52, Trustee Expenses; Reference: TRUSTEE EXPENSES | 2200-000 | | 699.52 | 77,467.25 |
| 11/05/14 | 11008 | Farmer & Ready | Dividend paid 100.00% on $6,930.00, Attorney for Trustee Fees (Trustee Firm);  Reference: ATTY FOR TRUSTEE FEES | 3110-000 | | 6,930.00 | 70,537.25 |
| 11/05/14 | 11009 | Farmer & Ready | Dividend paid 100.00% on $1,348.01, Attorney for Trustee Expenses (Trustee Firm); Reference: ATTY FOR TRUSTEE EXPENSES | 3220-000 | | 1,348.01 | 69,189.24 |
| 11/05/14 | 11010 | William and Patricia Bogue and Jeanne and Stewart Johnston | Dividend paid 100.00% on $10,087.28, Admin. Rent (post-petition storage fees, leases, etc.); Reference: ADMINISTRATIVE EXPENSES | 2410-000 | | 10,087.28 | 59,101.96 |
| 11/05/14 | 11011 | M. Kathleen Klein | Dividend paid 100.00% on $1,395.50, Accountant for Trustee Fees (Other Firm);  Reference: ACCOUNTANT FEES | 3410-000 | | 1,395.50 | 57,706.46 |
| 11/05/14 | 11012 | M. Kathleen Klein | Dividend paid 100.00% on $95.38, Accountant for Trustee Expenses (Other Firm);  Reference: ACCOUNTANT EXPENSES | 3420-000 | | 95.38 | 57,611.08 |
| 11/05/14 | 11013 | Regis F. Boyle, Sr. | Dividend paid 100.00% on $2,400.00, Field Representative/Adjuster for Trustee Fees;  Reference: FIELD REP FOR TRUSTEE FEE | 3991-400 | | 2,400.00 | 55,211.08 |
| 11/05/14 | 11014 | FRANCHISE TAX BOARD | Distribution of Final payment of 100% on Claim# 18 -2, Claimant Reference No.  per Order entered 11/16/11 | 5800-000 | | 2,792.70 | 52,418.38 |
| 11/05/14 | 11015 | HARVEY R WOLF | Distribution of Final payment of 100% on Claim# 1, Claimant Reference No.  per Order entered 11/16/11 | 7100-000 | | 8,802.79 | 43,615.59 |
| 11/05/14 | 11016 | Todd Pipe & Supply | Distribution of Final payment of 100% on Claim# 2, Claimant Reference No.  per Order entered | 7100-000 | | 329.34 | 43,286.25 |

Page Subtotals:  $0.00  $44,045.83

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 9:10-bk-16488-DS |
| **Case Name:** | STEWART JOHNSTON PUMPS, INC. |
| **Taxpayer ID #:** | **-***4339 |
| **For Period Ending:** | 06/27/2018 |

| | |
|---|---|
| **Trustee Name:** | Jeremy W. Faith (001380) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 11/16/11 | | | | |
| 11/05/14 | 11017 | Bruce Barnum | Distribution of Final payment of 100% on Claim# 3, Claimant Reference No.  per Order entered 11/16/11 | 7100-000 | | 1,135.00 | 42,151.25 |
| 11/05/14 | 11018 | Premier Pump & Supply | Distribution of Final payment of 100% on Claim# 4, Claimant Reference No.  per Order entered 11/16/11 | 7100-000 | | 1,752.89 | 40,398.36 |
| 11/05/14 | 11019 | J-Line Pump Co | Distribution of Final payment of 100% on Claim# 5, Claimant Reference No.  per Order entered 11/16/11 | 7100-000 | | 9,190.44 | 31,207.92 |
| 11/05/14 | 11020 | FleetOne LLC | Distribution of Final payment of 100% on Claim# 6, Claimant Reference No.  per Order entered 11/16/11 | 7100-000 | | 400.02 | 30,807.90 |
| 11/05/14 | 11021 | Santa Maria Tool Inc | Distribution of Final payment of 100% on Claim# 7, Claimant Reference No.  per Order entered 11/16/11 | 7100-000 | | 440.16 | 30,367.74 |
| 11/05/14 | 11022 | Perry's Electric Motors | Distribution of Final payment of 100% on Claim# 9, Claimant Reference No.  per Order entered 11/16/11 | 7100-000 | | 5,673.13 | 24,694.61 |
| 11/05/14 | 11023 | VERIZON WIRELESS | Distribution of Final payment of 100% on Claim# 10, Claimant Reference No.  per Order entered 11/16/11 | 7100-000 | | 179.33 | 24,515.28 |
| 11/05/14 | 11024 | Everest National Ins Co | Distribution of Final payment of 100% on Claim# 11, Claimant Reference No.  per Order entered 11/16/11 | 7100-000 | | 455.89 | 24,059.39 |
| 11/05/14 | 11025 | Ameripride Uniform Services | Distribution of Final payment of 100% on Claim# 12, Claimant Reference No.  per Order entered 11/16/11 | 7100-000 | | 753.26 | 23,306.13 |
| 11/05/14 | 11026 | Pacific Ag Water Inc | Distribution of Final payment of 100% on Claim# 13, Claimant Reference No.  per Order entered 11/16/11 | 7100-000 | | 1,217.82 | 22,088.31 |
| 11/05/14 | 11027 | WILLIAM & PATRICIE BOGUE | Distribution of Final payment of 100% on Claim# 14 -2, Claimant Reference No.  per Order entered 11/16/11 | 7100-000 | | 10,066.89 | 12,021.42 |
| 11/05/14 | 11028 | Stewart & Jean Johnston | Distribution of Final payment of 100% on Claim# 15 -2, Claimant Reference No.  per Order entered 11/16/11 | 7100-000 | | 11,469.53 | 551.89 |
| 11/05/14 | 11029 | Sandra Kuhn McCormack, Esq | Distribution of Final payment of 100% on Claim# 16, Claimant Reference No.  per Order entered 11/16/11 | 7100-000 | | 551.89 | 0.00 |
| | | | Page Subtotals: | | $0.00 | $43,286.25 | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9
Page:  8

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 9:10-bk-16488-DS | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | STEWART JOHNSTON PUMPS, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4339 | Account #: | ******8766 Checking Account |
| For Period Ending: | 06/27/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  | COLUMN TOTALS |  |  | 94,513.12 | 94,513.12 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 94,513.12 | 0.00 |  |
|  |  | Subtotal |  |  | 0.00 | 94,513.12 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | NET Receipts / Disbursements |  |  | $0.00 | $94,513.12 |  |

**Form 2**

Exhibit 9
Page:    9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 9:10-bk-16488-DS |
| **Case Name:** | STEWART JOHNSTON PUMPS, INC. |
| **Taxpayer ID #:** | **-***4339 |
| **For Period Ending:** | 06/27/2018 |

| | |
|---|---|
| **Trustee Name:** | Jeremy W. Faith (001380) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1700 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/27/16 | {21} | United States Treasury | 2007 Tax Refund | 1224-000 | 1,938.59 | | 1,938.59 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,928.59 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,918.59 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,908.59 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,898.59 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,888.59 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,878.59 |
| 09/13/17 | 101 | Jeremy W. Faith | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 7.06% of $1,373.14 = $96.93; Claim #FEE | 2100-000 | | 96.93 | 1,781.66 |
| 09/13/17 | 102 | Preferred Pump & Equipment L.P. | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $31,023.29 = $299.19; Claim #1 | 7100-000 | | 299.19 | 1,482.47 |
| 09/13/17 | 103 | Todd Pipe & Supply | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $1,160.65 = $11.19; Claim #2 | 7100-000 | | 11.19 | 1,471.28 |
| 09/13/17 | 104 | Bruce Barnum | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $4,000.00 = $38.57; Claim #3 | 7100-000 | | 38.57 | 1,432.71 |
| 09/13/17 | 105 | Premier Pump & Supply | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $6,177.65 = $59.58; Claim #4 | 7100-000 | | 59.58 | 1,373.13 |
| 09/13/17 | 106 | J-Line Pump Co | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $32,389.51 = $312.38; Claim #5 | 7100-000 | | 312.38 | 1,060.75 |
| 09/13/17 | 107 | FleetOne LLC | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $1,409.79 = $13.60; Claim #6 | 7100-000 | | 13.60 | 1,047.15 |
| 09/13/17 | 108 | Santa Maria Tool Inc | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $1,551.25 = $14.96; Claim #7 | 7100-000 | | 14.96 | 1,032.19 |
| 09/13/17 | 109 | Perry's Electric Motors | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $19,993.59 = $192.83; Claim #9 Stopped on 01/11/2018 | 7100-000 | | 192.83 | 839.36 |
| 09/13/17 | 110 | VERIZON WIRELESS | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.97% of $632.02 = $6.10; Claim #10 | 7100-000 | | 6.10 | 833.26 |
| 09/13/17 | 111 | Everest National Ins Company | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $1,606.66 = $15.49; Claim #11 | 7100-000 | | 15.49 | 817.77 |
| 09/13/17 | 112 | Ameripride Uniform Services | 9:10-16488 Paid by order entered | 7100-000 | | 25.60 | 792.17 |

|  | **Page Subtotals:** | **$1,938.59** | **$1,146.42** |
|---|---|---|---|

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page:   10

## Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 9:10-bk-16488-DS | | | **Trustee Name:** | Jeremy W. Faith (001380) | |
| **Case Name:** | STEWART JOHNSTON PUMPS, INC. | | | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***4339 | | | **Account #:** | ******1700 Checking | |
| **For Period Ending:** | 06/27/2018 | | | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 9/13/17. Dividend paid at 0.96% of $2,654.68 = $25.60; Claim #12 | | | | |
| 09/13/17 | 113 | Pacific Ag Water Inc | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $4,291.93 = $41.40; Claim #13 | 7100-000 | | 41.40 | 750.77 |
| 09/13/17 | 114 | WILLIAM & PATRICIE BOGUE | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $35,478.33 = $342.17; Claim #14-2 | 7100-000 | | 342.17 | 408.60 |
| 09/13/17 | 115 | Stewart & Jean Johnston | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $40,421.61 = $389.84; Claim #15-2 Stopped on 01/11/2018 | 7100-000 | | 389.84 | 18.76 |
| 09/13/17 | 116 | Sandra Kuhn McCormack, Esq | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $1,945.00 = $18.76; Claim #16 | 7100-000 | | 18.76 | 0.00 |
| 01/11/18 | 109 | Perry's Electric Motors | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $19,993.59 = $192.83; Claim #9 Stopped: check issued on 09/13/2017 | 7100-000 | | -192.83 | 192.83 |
| 01/11/18 | 115 | Stewart & Jean Johnston | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $40,421.61 = $389.84; Claim #15-2 Stopped: check issued on 09/13/2017 | 7100-000 | | -389.84 | 582.67 |
| 01/15/18 | 117 | Perry's Electric Motors | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $19,993.59 = $192.83; Claim #9 | 7100-000 | | 192.83 | 389.84 |
| 04/06/18 | 118 | United States Bankruptcy Court | 9:10-16488 Paid by order entered 9/13/17. Dividend paid at 0.96% of $40,421.61 = $389.84; Claim #15-2 | 7100-001 | | 389.84 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **COLUMN TOTALS** | | 1,938.59 | 1,938.59 | $0.00 |
| | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | **Subtotal** | | 1,938.59 | 1,938.59 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | $1,938.59 | $1,938.59 | |

## Form 2

Exhibit 9

Page:   11

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 9:10-bk-16488-DS | |
| **Case Name:** | STEWART JOHNSTON PUMPS, INC. | |
| **Taxpayer ID #:** | **-***4339 | |
| **For Period Ending:** | 06/27/2018 | |

| | |
|---|---|
| **Trustee Name:** | Jeremy W. Faith (001380) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1700 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| **********6965 Checking Account | $6.33 | $3,274.36 | $0.00 |
| **********6966 Checking Account | $97,901.41 | $120.26 | $0.00 |
| ******8766 Checking Account | $0.00 | $94,513.12 | $0.00 |
| ******1700 Checking | $1,938.59 | $1,938.59 | $0.00 |
| | **$99,846.33** | **$99,846.33** | **$0.00** |

| | |
|---|---|
| 06/27/2018 | /s/Jeremy W. Faith |
| Date | Jeremy W. Faith |